# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL VENTURES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Defendants. | Case No. 2:15-cv-08359 BRO (AFMx)<br><br>Hon. Beverly Reid O'Connell<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's grant of Defendant Scottsdale Insurance Company's Motion for Summary Judgment (Dkt. No. 63), as more fully set forth in the Court's March 23, 2013 Order (Dkt. No. 100),

IT IS ORDERED AND ADJUDGED THAT judgment be and is hereby entered in favor of Defendant Scottsdale Insurance Company and against Plaintiff Commercial Ventures, Inc., such that plaintiffs take nothing by their complaint.

All pending motions are terminated and the case is closed.

IT IS SO ORDERED.

DATED: March 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge